| PROB 35 | Report and Order Terminating Supervision |
| --- | --- |
| (Rev 3/93) | Prior to Original Expiration Date |

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 5:11-CR-365-1F

Jeff Lee Davis, III

On August 28, 2014, the above named was placed on supervised release for a period of five years. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,  Respectfully submitted,

/s/Michael C. Brittain  /s/Timothy L. Gupton
Michael C. Brittain  Timothy L. Gupton
Senior U.S. Probation Officer  U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 16 day of September, 2016.

James C. Fox
Senior U.S. District Judge

Case 5:11-cr-00365-F Document 20 Filed 09/16/16 Page 1 of 1